

# Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00366-CR

Christopher Tudor **CISNEROS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 516540
Honorable Genie Wright, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  November 2, 2016

DISMISSED

Appellant has filed a motion to dismiss this appeal; the motion is signed by Appellant and his counsel.  *See* TEX. R. APP. P. 42.2(a).  Appellant's motion is granted and this appeal is dismissed.  *See id.*

PER CURIAM

Do not publish